UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) CIVIL ACTION NO.: )    8:04-cv-02156- T-23EAJ |
| Plaintiff | ) ) |
| and | ) ) |
| HEATHER YEBBA | ) ) ) |
| Plaintiff-Intervenor, | ) ) |
| v. | ) ) ) |
| NORTHLAKE FOODS, INC., *dba*, WAFFLE HOUSE, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF MEDIATION

     Plaintiff, the United States Equal Employment Opportunity Commission ("EEOC"), by and through its undersigned counsel, hereby submits this notice of mediation asserting that the parties have agreed to the following:

a.     Mediator:               Peter J. Grilli
                                        3001 West Azeele Street
                                        Tampa, FL 33609
                                        (813) 874-1002

b.     Mediation will be held:     Friday, March 18, 2005, at 10:00 AM, at:
                                          Peter J. Grilli, P.A.
                                          3001 West Azeele Street
                                          Tampa, FL 33609
                                          (813) 874-1002

Dated: February 8, 2005

                        Respectfully Submitted,

                        ERIC S. DREIBAND
                        General Counsel

                        JAMES L. LEE
                        Deputy General Counsel

                        GWENDOLYN YOUNG REAMS
                        Associate General Counsel

                        DELNER FRANKLIN-THOMAS
                        Regional Attorney

                        MICHAEL FARRELL
                        Supervisory Trial Attorney


                        /s/ Muslima Lewis
                        MUSLIMA LEWIS
                        Trial Attorney
                        Florida Bar No. 0158305
                        UNITED STATES EQUAL EMPLOYMENT
                        OPPORTUNITY COMMISSION
                        Miami District Office
                        One Biscayne Tower, Suite 2700
                        Two Biscayne Boulevard
                        Miami, Florida 33131
                        Tel. (305) 530-6006 Direct
                        Tel. (305) 536-6001 Main
                        Fax (305) 536-4494
                        E-mail:muslima.lewis@eeoc.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 8, 2005, I electronically filed the foregoing Unopposed Motion for Substitution of Counsel with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Daniel P. O'Gorman, Esquire**, Attorney for Defendant, Ford & Harrison, L.L.P., 300 South Orange Avenue, Suite 1300, Orlando, Florida 32801, **James M. Thompson, Esquire**, Attorney for Plaintiff-Intervenor, Nelson, Bisconti & Thompson, L.L.C., 718 West Martin Luther King Blvd., Suite 200, Tampa, Florida 33603, and **Peter J. Grilli, Esquire,** Peter J. Grilli, P.A., 3001 West Azeele Street, Tampa, Florida 33609.

                                                         Muslima Lewis
                                                         MUSLIMA LEWIS
                                                         Trial Attorney