UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**

    Plaintiff,

    and

**HEATHER YEBBA,**

    Intervenor Plaintiff,

v.                                      Case No. 8:04-cv-2156-T-23EAJ

**NORTHLAKE FOODS, INC. d/b/a WAFFLE HOUSE,**

    Defendant.
_____/

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on April 19, 2005. Ms. Yebba and her trial counsel, EEOC's representatives and trial counsel, and Defendant's corporate representative and trial counsel attended and participated. Each representative possessed the requisite settlement authority.

<u>The case has been settled as to the claims of Ms. Yebba as Plaintiff-Intervenor. The claims of EEOC are not settled.</u>

Done April 20, 2005 in Tampa, Florida.

                        Respectfully submitted,

                        /s/ Peter J. Grilli
                        Peter J. Grilli, Esquire
                        Florida Bar No. 237851
                        Mediator
                        Peter J. Grilli,  P.A.
                        3001 West Azeele Street
                        Tampa, Florida  33609
                        813.874.1002   Fax: 813.874.1131

I HEREBY CERTIFY that April 20, 2005 I electronically filed the foregoing document with the United States District Court, 801 North Florida Avenue, Tampa, Florida 33602 and by U.S. Mail to:

Muslima Lewis, Esquire
United States Equal Employment
 Opportunity Commission
Miami District Office
One Biscayne Tower Suite 2700
Two Biscayne Boulevard
Miami, Florida    33131

Daniel P. O'Gorman, Esquire
Ford & Harrison, LLP
Post Office Box 60
Orlando, Florida   32802-0060

James Moten Thompson, Esquire
Nelson, Bisconti & Thompson
718 W. M.L. King Boulevard
Suite 200
Tampa, Florida    33603


/s/ Peter J. Grilli
Peter J. Grilli, Esq.