UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

      Plaintiff,

HEATHER YEBBA,

      Plaintiff-Intervenor,

CASE NO: 8:04-cv-2156-T-23EAJ

v.

NORTHLAKE FOODS, INC.
d/b/a WAFFLE HOUSE,

      Defendant.

_____/


## ORDER

    United States Magistrate Judge Elizabeth A. Jenkins issues an order (Doc. 48)

granting a motion (Doc. 24) for a protective order prohibiting the United States Equal

Employment Opportunity Commission ("EEOC") from disclosing the amount of the

settlement between Northlake Foods, Inc., ("Northlake") and Heather Yebba.  Pursuant

to Rule 72(a), Federal Rules of Civil Procedure, the EEOC objects (Doc. 51).  The

EEOC fails to demonstrate that Judge Jenkins' order is clearly erroneous or contrary to

law.  Accordingly, the EEOC's objections are **OVERRULED** and the EEOC is prohibited

from disclosing any information obtained during the mediation, including the amount of

the settlement between Northlake and Yebba.

ORDERED in Tampa, Florida, on October 25, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
       Courtroom Deputy