UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNTIED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

and

HEATHER YEBBA

    Intervening Plaintiff,

v.                                    CASE NO: 8:04-cv-2156-T-23EAJ

NORTHLAKE FOODS, INC. d/b/a
WAFFLE HOUSE,

    Defendant.
_____/

## O R D E R

Pursuant to Rule 41(a), Federal Rules of Civil Procedure, the parties' stipulation of dismissal with prejudice (Doc. 9) is **APPROVED** and the action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on August 25, 2006.

                                                        STEVEN D. MERRYDAY
                                          UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
       Courtroom Deputy